# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KALISPELL INVESTMENT GROUP,** *

Plaintiff, *

v. * No. 05-1253C

**THE UNITED STATES,** * (Filed Feb. 8, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Motion for a Stay of Proceedings filed on January 27, 2006, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. The parties shall file a Joint Status Report in the above cases by March 16, 2006, stating with particularity the status of ADR in the related cases before Judge Horn.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge