# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ALLEGRE VILLA, a limited Partnership, *et al.*,** * **NOT CONSOLIDATED**

Plaintiffs, *

v. * No. 98-823C, *et seq.*

**THE UNITED STATES,** * (Filed Aug. 18, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EL PASEO, LTD,** *

Plaintiff, *

v. * No. 04-1285C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LAKE HAVASU INVESTMENT GROUP,** *

Plaintiff, *

v. * No. 04-1291C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ANTHONY GARDENS APARTMENTS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1309C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ASPEN GREEN II,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-647C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **YORK APARTMENTS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-670C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RIPON ASSOCIATES 82,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-808C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **MOJAVE VILLA APARTMENTS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-819C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STEPHENS ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-846C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KALISPELL INVESTMENT GROUP,** *

Plaintiff, *

v. * No. 05-1253C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FAIRVIEW PROPERTIES, LTD.,** *

Plaintiff, *

v. * No. 05-1298C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNION HOUSING PARTNERSHIP,** *

Plaintiff, *

v. * No. 05-1361C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FORT FAIRFIELD REALTY ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1375C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HOLCOMB RURAL HOUSING,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-8C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ONE EIGHTY-TWO HOUSING PARTNERS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-20C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DOTTA DRIVE ASSOCIATES,** *

Plaintiff, *

v. * No. 06-323C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADMIRALTY ASSOCIATES,** *

Plaintiff, *

v. * No. 06-343C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VALENCIA INVESTORS,** *

Plaintiff, *

v. * No. 06-365C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Status Report filed in these cases on August 17, 2006, stating that a tentative settlement had been reached in the above-listed cases before Judge Horn as ADR judge,

**IT IS ORDERED**, as follows:

The parties shall file one Joint Status Report in the above cases by November 17, 2006, stating with particularity the status of settlement if a stipulation of dismissal has not been filed by that date. The court congratulates Judge Horn and the parties on their efforts to bring these cases to a successful resolution.

s/ Christine O. C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Horn